UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOV 22 2011

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ARON MARTINEZ-AISPURO (2),<br><br>                    Defendant. | CASE NO. 11CR4671-WQH<br><br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

21:846 and 841(a)(1) - Conspiracy to Possess Marijuana with Intent to Distribute

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 21, 2011

                                    _[signature]_
                                    WILLIAM Q. HAYES
                                    UNITED STATES DISTRICT JUDGE